1118

## Wylie JOYNER v. STATE.
### No. 13260.

Court of Criminal Appeals of Texas.
April 16, 1930.

Henderson & Bolin, of Daingerfield, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction is for possessing mash for the purpose of manufacturing intoxicating liquor; punishment, one year in the penitentiary.

The state's attorney before this court has called our attention to the fact that the statement of facts was filed too late and moves to strike it out. The motion is well taken.

The indictment is correct and in form, and is followed by the charge of the court, judgment, and sentence.

No error appearing, the judgment will be affirmed.

## Tony LEOS v. STATE.
### No. 13500.

Court of Criminal Appeals of Texas.
April 2, 1930.

M. E. Lawrence, of Eastland, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

The conviction is for unlawfully transporting intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year.

Upon the written motion of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Lon MATHIS v. STATE.
### No. 13420.

Court of Criminal Appeals of Texas.
April 2, 1930.

A. R. Floyd, of Old Glory, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

Theft of cattle is the offense; penalty fixed at confinement in the penitentiary for a period of two years.

The indictment is regular. A plea of guilty was entered. The facts are not before this court; nor is there presented complaint of any ruling during the trial.

The judgment is affirmed.

## Henry STEVENS v. STATE.
### No. 13461.

Court of Criminal Appeals of Texas.
April 2, 1930.

Saunders & Atchison, of Breckenridge, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft; punishment, three years in the penitentiary.

We find in this record neither statement of facts nor bills of exception. The indictment correctly charges the theft of property of the value of more than $50, and is followed by the charge of the court, the judgment, and sentence.

No error appearing, the judgment will be affirmed.